■ In the Matter of HOWARD E. LIKER, Respondent, v DIANE T. RENWICK et al., Appellants, and STANLEY K. SCHLEIN et al., Respondents. In the Matter of JANE D. BURKE et al., Appellants, v FREDERIC M. UMANE et al., Respondents. [664 NYS2d 720] —Judgment, Supreme Court, Bronx County (John Collins, J.), entered August 15, 1997, unanimously affirmed for the reasons stated by Collins, J., without costs or disbursements. No opinion. Concur—Rubin, J. P., Williams, Tom, Andrias and Colabella, JJ.

■ In the Matter of RICHARD SOTO et al., Respondents, v FREDERIC M. UMANE, Respondent, and CARMEN J. GARCIA et al., Appellants. [661 NYS2d 960] —Judgment, Supreme Court, Bronx County (John Collins, J.), entered August 15, 1997, unanimously affirmed for the reasons stated by Collins, J., without costs or disbursements. We find that the amended cover sheet was in substantial compliance with the Election Law. Section 6-134 (2) of the Election Law makes the regulations of the State Board of Elections binding upon the Board of the City of New York. No opinion. Concur—Rubin, J. P., Williams, Tom, Andrias and Colabella, JJ.

■ CHARLES R. SERRANO, Appellant, v NELLIE C. TORRES et al., Respondents. NELLIE C. TORRES et al., Respondents, v CHARLES R. SERRANO, Appellant. [661 NYS2d 960] —Judgments, Supreme Court, Bronx County (John Collins, J.), entered August 15, 1997, unanimously affirmed for the reasons stated by Collins, J., without costs or disbursements. *(See, Matter of Lavelle v Gonzalez*, 93 AD2d 896, *affd* 59 NY2d 670; *Matter of Bergmann v Berger*, 219 AD2d 599.) No opinion. Concur—Rubin, J. P., Williams, Tom, Andrias and Colabella, JJ.